■     In the Matter of ROBERT FISHBEIN, Appellant, v STATE EDUCATION DEPARTMENT et al., Respondents.—Appeal from a judgment of the Supreme Court at Special Term, entered September 6, 1974 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to compel respondents to grant him the degree of Doctor of Law. We affirm the dismissal of petitioner's application for the reasons set forth by Special Term, and note that respondents' classification works no denial of equal protection for it insures that all holders of the degree of Doctor of Law, both prospectively and retroactively, will have obtained the same educational experience before commencing the study of law. Judgment affirmed, without costs. Greenblott, J. P., Sweeney, Kane, Larkin and Reynolds, JJ., concur.

■     GEORGE REINER AND CO., INC., Appellant, v ARNOLD SCHWARTZ, Respondent.—Motion for permission to appeal to the Court of Appeals granted, without costs. The facts found by Special Term have been considered and affirmed. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did Special Term err as a matter of law in granting defendant's motion to dismiss the cause of action set forth in the complaint on the ground that the court lacked jurisdiction of the person of the defendant?" Herlihy, P. J., Sweeney, Kane, Main and Reynolds, JJ., concur.